In the Matter of KENNETH BERARDICURTI, Appellant, v LISA A. KRAMER, Respondent. [869 NYS2d 847]

Present—Hurlbutt, J.P., Martoche, Fahey and Gorski, JJ.